# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

LARRY MANNING,

       Plaintiff,

v.

       Case No. 12-14950
       Hon. Gerald E. Rosen
       Magistrate Judge Mark A. Randon

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     March 10, 2014

PRESENT: Honorable Gerald E. Rosen
                 Chief Judge, United States District Court

On January 29, 2014, Magistrate Judge Mark A. Randon issued a Report and Recommendation ("R & R") recommending that the Court grant Plaintiff Larry Manning's motion for summary judgment, deny the Defendant Commissioner of Social Security's motion for summary judgment, and remand this matter to the Defendant Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings. No objections have been filed to the R & R. Upon reviewing the R & R, the parties' underlying cross-motions for summary judgment, and the record as a whole, the Court concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's January 29, 2014 Report and Recommendation (docket #14) is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's March 14, 2013 motion for summary judgment (docket #11) is GRANTED, and that Defendant's April 24, 2013 motion for summary judgment (docket #12) is DENIED. In accordance with these rulings, this case will be remanded to the Defendant Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's R & R.

        s/Gerald E. Rosen
        Chief Judge, United States District Court

Dated: March 10, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 10, 2014, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5135